429 A.2d 55

Commonwealth v. Holliday, Appellant.

Submitted November 16, 1979. James J. Conlin, for appellant; Howard C. Klebe, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., filed a memorandum dissenting statement.

429 A.2d 55

Commonwealth v. Moyer, Appellant.

Submitted November 16, 1979. Zanita Zacks-Gabriel, for appellant; Michael M. Palmisano, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.